IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Data Resonance LLC ,** | Case No. 1:24-cv-10002-LJL |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Ziff Davis, Inc. (Sugarsync),** | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The request to dismiss this matter without prejudice is hereby GRANTED.

SO ORDERED.

Dated: Sept. 25 , 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge